Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| WALTER S. McGRAW and NORA R. McGRAW, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation,<br><br>Defendant. | NO. 3:24-cv-05072-BHS<br><br>ORDER GRANTING STIPULATED MOTION TO FILE AMENDED COMPLAINT |

THIS MATTER came before the Court on the parties' Stipulated Motion for Leave to file Amended Complaint. The Court has duly considered the pleadings, papers, and exhibits submitted by the parties.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion is GRANTED.

DATED this 25th day of April, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING LEAVE TO AMEND COMPLAINT - 1
NO. 3:24-cv-05072-BHS

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

Prepared and Presented by:

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiffs

 *s/ Katherine S. Wan*
Kasey D. Huebner, WSBA #32890
Katherine S. Wan, WSBA #58647
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
khuebner@gordontilden.com
kwan@gordontilden.com


**MIX SANDERS THOMPSON, PLLC**
Attorneys for Defendant

 *s/ Aaron M. Dunn*
Aaron M. Dunn, WSBA #58113
George A. Mix, WSBA #32864
1601 Fifth Avenue, Suite 1800
Seattle, WA  98101
206.678.1000
aaron@mixsanders.com
george@mixsanders.com

ORDER GRANTING LEAVE TO AMEND COMPLAINT - 2
NO.  3:24-cv-05072-BHS

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477