UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WALTER S. McGRAW and NORA R. McGRAW, a married couple,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation,<br><br>Defendant. | No. 24-cv-05072-BHS<br><br>**ORDER EXTENDING DISCOVERY CUTOFF** |

### ORDER

Based on the stipulation of counsel the Court hereby orders the new discovery cutoff will be November 27, 2024.

**It is so Ordered.**

Dated this 17th day of October, 2024

*/s/ Benjamin H. Settle*

BENJAMIN H. SETTLE
United States District Judge

STIPULATION TO EXTEND DISCOVERY CUTOFF DATE– 1

Mix Sanders Thompson, PLLC
1601 Fifth Ave, Suite 1800
Seattle, WA 98101
Tel: 206-678-1000
Fax: 888-521-5980