# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WALTER S. McGRAW and NORA R. McGRAW, a married couple,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation,<br><br>Defendant. | No. 24-cv-05072-BHS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of the Parties, all of Plaintiffs' claims against Defendant State Farm Fire and Casualty Company, this action shall be dismissed WITH PREJUDICE and without costs to any party.

**It is so Ordered.**

DONE on this 2nd day of December, 2024.

_____
HONORABLE DISTRICT COURT JUDGE
BENJAMIN H. SETTLE

ORDER OF DISMISSAL WITH PREJUDICE – 1
24-cv-05072-BHS

Mix Sanders Thompson, PLLC
1601 Fifth Ave, Suite 1800
Seattle, WA 98101
Tel: 206-678-1000
Fax: 888-521-5980